Code 20-12304-058  Dec 7, [illegible]010050  Intended 05:12:26 13:50:04  Desc Map
Document - Page1 of 14

**Day & Zimmermann NPS, Inc.**

| | | |
|---|---|---|
| Employee Number | 369959 | Check Number 15598721 |
| Federal Status | M/FILE JNTL  Addl. Fed 0.00 | Pay Date 04/22/2026 |
| State Status | M/FILE JN  Addl State 0.00 | Pay Period 04/22/2026 - |
| Personnel Area | 30700001 | Position 20171998 |

Todd Brown
7449 Ruskin Road
Overbrook Hills PA  19151

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REG HOURS - 1 | 40.45 | 21.25 | 859.56 | 4,854.00 |
| OVERTIME 1 5 | 60.68 | 7.00 | 424.76 | 5,309.51 |
| OVERTIME 2.0 | | | | 2,973.08 |
| | | --------- | --------- | --------- |
| | | 28.25 | 1,284.32 | 13,136.59 |
| Total Earnings - Cum. | | | | |

| Deductions | Current | YTD |
|---|---|---|
| NATIONAL DUES-HR PD | -84.14 | -811.93 |
| PAC/PPEC/COPE/LPL HRS | -6.35 | -61.28 |
| ORGANIZATION FUND HRS | -14.29 | -137.90 |
| | --------- | --------- |
| Post-Tax Deductions - | -104.78 | -1,011.11 |

| Taxes | Current | YTD |
|---|---|---|
| TX EE Social Security FED | 79.63 | 814.47 |
| TX EE Medicare Tax  FED | 18.62 | 190.48 |
| TX EE Unemployment Ta NJ | 4.92 | 50.25 |
| TX EE Workforce Devlp NJ | 0.54 | 5.58 |
| TX EE Disability Tax  NJ | 2.44 | 24.96 |
| TX EE Family Leave In NJ | 2.95 | 30.21 |
| TX Withholding Tax   PA | 39.43 | 403.30 |
| W/H  EE Philadelphia | 48.03 | 491.31 |

| Leave Accruals | Hours |
|---|---|
| | |

| Net Pay Distributions | Amount |
|---|---|
| Check | 982.98 |
| Total Current Net | 982.98 |

| | Gross | Pre-Tax | Taxes | Post-Tax | Net |
|---|---|---|---|---|---|
| Current | 1284.32 | 0.00 | 196.56 | 104.78 | 982.98 |
| YTD | 13136.59 | 0.00 | 2010.56 | 1,011.11 | 10114.92 |

Direct Deposit Advice

## Allied Power Services, LLC
4171 Essen Ln, Suite 525   Baton Rouge, LA 70809      Tel (225) 412-6455

| | |
|---|---|
| **Name / Address** | Employee No |
| **Todd A. Brown Jr** | 147738 |
| 7449 Ruskin Rd | |
| Philadelphia, PA  19151 | |

| | |
|---|---|
| PG: 250 | Check Route: EXLIM00050 |
| PS: 1 | Ref Number: 0506262501 |
| | Deposit Date: 5/06/26 |
| | Pay Period: 04/27/26 - 05/03/26 |
| Fed Filing Status: M | Pay Frequency: Weekly |

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| Regular-Union | 38.25000 | 40.00 | 1,530.00 | 8,461.85 |
| OT 1.5 - Union | 57.37500 | 32.00 | 1,836.00 | 8,050.68 |
| OT 2.0 - Union | 76.50000 | 12.00 | 918.00 | 3,363.12 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FICA Soc Sec Tax | 265.61 | 1,232.29 |
| Medicare Tax | 62.12 | 288.20 |
| PA-Tax | 131.52 | 610.18 |
| PA-SUTA EE Tax | 3.00 | 3.45 |
| Dues %/Gr Wkg Assesmt | 0.00 | 747.12 |
| Dues Rt/Hr CheckOff | 222.60 | 267.65 |
| PAC Rt/Hr PAL/Cope/ GAStE | 58.80 | 87.85 |
| PA510101EIT-PHILADELPH | 0.00 | 578.42 |
| PA LST 461702 LIMERICK | 1.00 | 1.00 |
| PA EIT 461702 LIMERICK | 165.83 | 190.96 |

**Important Messages:**

| This Pay Period | | | | Year To Date | | |
|---|---|---|---|---|---|---|
| Earnings | Deductions | | Net Pay | Earnings | Deductions | Net Pay |
| 4,284.00 | 910.48 | | 3,373.52 | 19,875.65 | 4,007.12 | 15,868.53 |

EXLIM00050BROWN147738

| Date | Ref No. | Amount |
|---|---|---|
| 5/06/26 | 0506262501 | 3,373.52 |

### Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX4974 | XXXXXX4484 | C | 3,373.52 |
| | Total Current Net: | | 3,373.52 |

Todd A. Brown Jr
7449 Ruskin Rd
Philadelphia, PA  19151

Direct Deposit Advice

## Allied Power Services, LLC
4171 Essen Ln, Suite 525  Baton Rouge, LA  70809     Tel (225) 412-6455

| | | |
|---|---|---|
| | PG:  250 | Check Route: **EXLIM00050** |
| | PS:  1 | Ref Number: 0429262501 |
| Employee No | | Deposit Date: 4/29/26 |
| 147738 | | Pay Period: 04/20/26 - 04/26/26 |
| | Fed Filing Status:  M | Pay Frequency: Weekly |

**Name / Address**

Todd A. Brown Jr
7449 Ruskin Rd
Philadelphia, PA  19151

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| Regular-Union | 37.25000 | 1.00 | 37.25 | 6,931.85 |
| Regular-Union | 38.25000 | 16.00 | 612.00 | 6,214.68 |
| OT 1.5 - Union | | | 0.00 | 6,214.68 |
| OT 2.0 - Union | | | 0.00 | 2,445.12 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FICA Soc Sec Tax | 40.25 | 966.68 |
| Medicare Tax | 9.42 | 226.08 |
| PA-Tax | 19.93 | 478.66 |
| PA-SUTA EE Tax | 0.45 | 0.45 |
| Dues %/Gr Wkg Assesmt | 0.00 | 747.12 |
| Dues Rt/Hr CheckOff | 45.05 | 45.05 |
| PAC Rt/Hr PAL/Cope/ GAStE | 11.90 | 29.05 |
| PA510101EIT-PHILADELPH | 0.00 | 578.42 |
| PA EIT 461702 LIMERICK | 25.13 | 25.13 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 649.25 | 152.13 | 497.12 | 15,591.65 | 3,096.64 | 12,495.01 |

EXLIM00050BROWN147738

| Date | Ref No. | Amount |
|---|---|---|
| 4/29/26 | 0429262501 | 497.12 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX4974 | XXXXXX4464 | C | 497.12 |
| | Total Current Net: | | 497.12 |

Todd A. Brown Jr
7449 Ruskin Rd
Philadelphia, PA  19151

Day & Zimmermann NPS, Inc.

| | | | |
|---|---|---|---|
| Check Number | 369959002230 | | |
| Pay Date | 04/15/2026 | | |
| Pay Period | 04/06/2026 - 04/12/2026 | | |
| Position | 20171998 | | |

Employee Number 369959
Federal Status M/FILE JNTL   Addl. Fed 0.00
State Status M/FILE JN   Addl State 0.00
Personnel Area 30700001

Todd Brown
7449 Ruskin Road
Overbrook Hills PA 19151

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REG HOURS - 1 | 40.45 | 33.75 | 1,365.19 | 2,376.44 |
| OVERTIME 1.5 | 60.68 | 32.00 | 1,941.77 | 2,639.59 |
| OVERTIME 2.0 | 80.90 | 11.75 | 950.58 | 1,921.38 |
| Total Earnings - Cum. | | 77.50 | 4,257.54 | 6,937.41 |

| Deductions | Current | YTD |
|---|---|---|
| NATIONAL DUES-HR PD | -263.35 | -423.01 |
| PAC/PPEC/COPE/LPL HRS | -19.88 | -31.93 |
| ORGANIZATION FUND HRS | -44.72 | -71.83 |
| Post-Tax Deductions - | -327.95 | -526.77 |

| Taxes | Current | YTD |
|---|---|---|
| TX EE Social Security FED | 263.97 | 430.12 |
| TX EE Medicare Tax FED | 61.73 | 100.59 |
| TX EE Unemployment Ta NJ | 16.29 | 26.54 |
| TX EE Workforce Devlp NJ | 1.81 | 2.95 |
| TX EE Disability Tax NJ | 8.09 | 13.18 |
| TX EE Family Leave In NJ | 9.80 | 15.96 |
| TX Withholding Tax PA | 130.71 | 212.98 |
| W/H EE Philadelphia | 159.23 | 259.46 |

| Leave Accruals | Hours |
|---|---|
| | |

| Net Pay Distributions | Amount |
|---|---|
| Direct deposit | 3,277.96 |
| Total Current Net | 3,277.96 |

| | Gross | Pre-Tax | Taxes | Post-Tax | Net |
|---|---|---|---|---|---|
| Current | 4257.54 | 0.00 | 651.63 | 327.95 | 3277.96 |
| YTD | 6937.41 | 0.00 | 1061.78 | 526.77 | 5348.86 |

Day&Zimmermann

**Day & Zimmermann NPS, Inc.**
1809 Olde Homestead Lane
Suite 106
Lancaster, PA 17601

**369959002230**

**Notification of Deposit**

| Date | Amount |
|---|---|
| 04/15/2026 | *******$3,277.96 |

TODD BROWN
7449 Ruskin Road
Overbrook Hills PA 19151

43

369959

*** NON-NEGOTIABLE ***

*** THIS IS NOT A CHECK ***

*** NON-NEGOTIABLE ***

## Day & Zimmermann NPS, Inc.

| | | |
|---|---|---|
| Employee Number | 369959 | Check Number | 369959002220 |
| Federal Status | M/FILE JNTL   Addl. Fed  0.00 | Pay Date | 04/08/2026 |
| State Status | M/FILE JN   Addl State  0.00 | Pay Period | 04/01/2026 - 04/05/2026 |
| Personnel Area | 30700001 | Position | 20171998 |

Todd Brown
7449 Ruskin Road
Overbrook Hills PA  19151

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REG HOURS - 1 | 40.45 | 25.00 | 1,011.25 | 1,011.25 |
| OVERTIME 1.5 | 60.68 | 11.50 | 697.82 | 697.82 |
| OVERTIME 2.0 | 80.90 | 12.00 | 970.80 | 970.80 |
| Total Earnings - Cum. | | 48.50 | 2,679.87 | 2,679.87 |

| Deductions | Current | YTD |
|---|---|---|
| NATIONAL DUES-HR RD | -159.66 | -159.66 |
| PAC/PPEC/COPE/LPL HRS | -12.05 | -12.05 |
| ORGANIZATION FUND HRS | -27.11 | -27.11 |
| Post-Tax Deductions - | -198.82 | -198.82 |

| Taxes | Current | YTD |
|---|---|---|
| TX EE Social Security FED | 166.15 | 166.15 |
| TX EE Medicare Tax   FED | 38.86 | 38.86 |
| TX EE Unemployment Ta NJ | 1.14 | 1.14 |
| TX EE Workforce Devlo NJ | 5.09 | 5.09 |
| TX EE Disability Tax  NJ | 6.16 | 6.16 |
| TX EE Family Leave In NJ | 82.27 | 82.27 |
| TX Withholding Tax   PA | 100.23 | 100.23 |
| W/H  EE Philadelphia | | |

| Leave Accruals | Hours | Net Pay Distributions | Amount |
|---|---|---|---|
| | | Direct deposit | 2,070.90 |
| | | Total Current Net | 2,070.90 |

| | Gross | Pre-Tax | Taxes | Post-Tax | Net |
|---|---|---|---|---|---|
| Current | 2679.87 | 0.00 | 410.15 | 198.82 | 2070.90 |
| YTD | 2679.87 | 0.00 | 410.15 | 198.82 | 2070.90 |

---

⬡ **Day & Zimmermann**

**Day & Zimmermann NPS, Inc.**
1809 Olde Homestead Lane
Suite 106
Lancaster, PA 17601

**369959002220**

| Date | Amount |
|---|---|
| 04/08/2026 | *******$2,070.90 |

### Notification of Deposit

TODD BROWN
7449 Ruskin Road
Overbrook Hills PA  19151

64
369959

*** NON-NEGOTIABLE ***

*** THIS IS NOT A CHECK ***

**Allied Power Services, LLC**

4171 Essen Ln, Suite 525  Baton Rouge, LA 70809     Tel (225) 412-6455

Direct Deposit Advice

| | | |
|---|---|---|
| **Name / Address** | **Employee No** 147738 | PG: 250  **Check Route:** EXCAL00050 |
| Todd A. Brown Jr | | PS: 84   **Ref Number:** 0317262504 |
| 7449 Ruskin Rd | | **Deposit Date:** 3/17/26 |
| Philadelphia, PA  19151 | **Fed Filing Status:** M | **Pay Period:** 03/09/26 - 03/15/26 |
| | | **Pay Frequency:** Weekly |

### Earnings

| Description | Rate | Hrs/Units | Amount | Year To Date Amount |
|---|---|---|---|---|
| | | | | 6,282.60 |
| Regular-Union | 33.96000 | 40.00 | 1,358.40 | 6,214.68 |
| OT 1.5 - Union | 50.94000 | 22.00 | 1,120.68 | 2,445.12 |
| OT 2.0 - Union | | | 0.00 | |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FICA Soc Sec Tax | 153.70 | 926.43 |
| Medicare Tax | 35.94 | 216.66 |
| PA-Tax | 76.11 | 458.73 |
| Dues %/Gr Wkg Assesmt | 123.95 | 747.12 |
| PAC Rt/Hr PAL/Cope/ GAStE | 3.10 | 17.15 |
| PA510101EIT-PHILADELPH | 95.97 | 578.42 |

**Important Messages:**

| This Pay Period | | | | Year To Date | | |
|---|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | | Earnings | Deductions | Net Pay |
| 2,479.08 | 488.77 | 1,990.31 | | 14,942.40 | 2,944.51 | 11,997.89 |

EXCAL00050BROWN147738

| Date | Ref No. | Amount |
|---|---|---|
| 3/17/26 | 0317262504 | 1,990.31 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX4974 | XXXXXX4464 | C | 1,990.31 |
| | **Total Current Net:** | | 1,990.31 |

Todd A. Brown Jr
7449 Ruskin Rd
Philadelphia, PA  19151

Case 26-12064-djb   Doc 7   Filed 05/13/26   Entered 05/13/26 11:35:54   Desc Main
Document   Page 7 of 14

Direct Deposit Advice

## Allied Power Services, LLC

4171 Essen Ln, Suite 525   Baton Rouge, LA  70809      Tel (225) 412-6455

| | | |
|---|---|---|
| **Name / Address** | Employee No | PG: 250    Check Route:   EXCAL00050 |
| | | PS: 1    Ref Number:   0218262501 |
| **Todd A. Brown Jr** | 147738 | Deposit Date:  2/18/26 |
| 7449 Ruskin Rd | | Pay Period:   02/09/26 - 02/15/26 |
| Philadelphia, PA  19151 | | Pay Frequency:  Weekly |
| | Fed Filing Status:  M | |

### Earnings

| Description | This Pay Period Rate | Hrs/Units | Amount | Year To Date Amount |
|---|---|---|---|---|
| Regular-Union | 33.96000 | 17.00 | 577.32 | 577.32 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FICA Soc Sec Tax | 35.79 | 35.79 |
| Medicare Tax | 8.37 | 8.37 |
| PA-Tax | 17.72 | 17.72 |
| Dues %/Gr Wkg Assesmt | 28.87 | 28.87 |
| PAC Rt/Hr PAL/Cope/ GAStf | 0.85 | 0.85 |
| PA510101EIT-PHILADELPH | 22.35 | 22.35 |

**Important Messages:**

### This Pay Period

| Earnings | Deductions | Net Pay |
|---|---|---|
| 577.32 | 113.95 | 463.37 |

### Year To Date

| Earnings | Deductions | Net Pay |
|---|---|---|
| 577.32 | 113.95 | 463.37 |

EXCAL00050BROWN147738

| Date | Ref No. | Amount |
|---|---|---|
| 2/18/26 | 0218262501 | 463.37 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX4974 | XXXXXX4464 | C | 463.37 |
| | **Total Current Net:** | | 463.37 |

Todd A. Brown Jr
7449 Ruskin Rd
Philadelphia, PA  19151

Case 26-37394-djb    Doc 7    Filed 05/13/26    Entered 05/13/26 14:28:54    Desc Main Document    Page 8 of 14

# Allied Power Services, LLC

4171 Essen Ln, Suite 525   Baton Rouge, LA  70809      Tel (225) 412-6455

| | | |
|---|---|---|
| PG: 250 | **Check Route:** | EXCAL00050 |
| PS: 1 | **Ref Number:** | 0304262501 |
| | **Deposit Date:** | 3/04/26 |
| | **Pay Period:** | 02/23/26 - 03/01/26 |
| **Fed Filing Status:** M | **Pay Frequency:** | Weekly |

**Employee No** 147738

**Name / Address**

Todd A. Brown Jr
7449 Ruskin Rd
Philadelphia, PA  19151

## Earnings

| Description | Rate | Hrs/Units | Amount (This Pay Period) | Amount (Year To Date) |
|---|---|---|---|---|
| Regular-Union | 33.96000 | 40.00 | 1,358.40 | 3,565.80 |
| OT 1.5 - Union | 50.94000 | 32.00 | 1,630.08 | 3,463.92 |
| OT 2.0 - Union | 67.92000 | 12.00 | 815.04 | 1,630.08 |

## Deductions

| Description | Amount (This Pay Period) | Amount (Year To Date) |
|---|---|---|
| FICA Soc Sec Tax | 235.81 | 536.91 |
| Medicare Tax | 55.15 | 125.57 |
| PA-Tax | 116.77 | 265.85 |
| Dues %/Gr Wkg Assesmt | 190.18 | 432.99 |
| PAC Rt/Hr PAL/Cope/ GAStE | 4.20 | 9.85 |
| PA510101EIT-PHILADELPH | 147.23 | 335.22 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 3,803.52 | 749.34 | 3,054.18 | 8,659.80 | 1,706.39 | 6,953.41 |

EXCAL00050BROWN147738

Your check has been deposited in your bank account:

| Date | Ref No. | Amount |
|---|---|---|
| 3/04/26 | 0304262501 | 3,054.18 |

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX4974 | XXXXXX4464 | C | 3,054.18 |
| | **Total Current Net:** | | **3,054.18** |

Todd A. Brown Jr
7449 Ruskin Rd
Philadelphia, PA  19151

## Allied Power Services, LLC

4171 Essen Ln, Suite 525   Baton Rouge, LA 70809        Tel (225) 412-6455

**Direct Deposit Advice**

**Employee No**
**147738**

**Name / Address**

**Todd A. Brown Jr**
7449 Ruskin Rd
Philadelphia, PA 19151

PG: 250
PS: 1

**Fed Filing Status:** M

Check Route:      EXCAL00050
Ref Number:      0225262501
Deposit Date:    2/25/26
Pay Period:      02/16/26 - 02/22/26
Pay Frequency:   Weekly

### Earnings

| Description | Rate | Hrs/Units | Amount | Year To Date Amount |
|---|---|---|---|---|
| | | | | 1,935.72 |
| | | | 1,358.40 | 1,833.84 |
| Regular-Union | 33.96000 | 40.00 | 1,833.84 | 815.04 |
| OT 1.5 - Union | 50.94000 | 36.00 | 815.04 | |
| OT 2.0 - Union | 67.92000 | 12.00 | | |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FICA Soc Sec Tax | 248.46 | 284.25 |
| Medicare Tax | 58.11 | 66.48 |
| PA-Tax | 123.02 | 140.74 |
| Dues %/Gr Wkg Assesmt | 200.36 | 229.23 |
| PAC Rt/Hr PAL/Cope/ GAStE | 4.40 | 5.25 |
| PA510101EIT-PHILADELPH | 155.12 | 177.47 |

**Important Messages:**

### This Pay Period

| Earnings | Deductions | Net Pay |
|---|---|---|
| 4,007.28 | 789.47 | 3,217.81 |

### Year To Date

| Earnings | Deductions | Net Pay |
|---|---|---|
| 4,584.60 | 903.42 | 3,681.18 |

EXCAL00050BROWN147738

| Date | Ref No. | Amount |
|---|---|---|
| 2/25/26 | 0225262501 | 3,217.81 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX4974 | XXXXXX4464 | C | 3,217.81 |
| **Total Current Net:** | | | 3,217.81 |

Todd A. Brown Jr
7449 Ruskin Rd
Philadelphia, PA 19151

**Allied Power Services, LLC**     Tel (225) 412-6455

147738   Todd A. Brown Jr
7449 Ruskin Rd
Philadelphia, PA 19151

Check Rte: EXCAL00050     Check No: 2023053112

Check Number: 2023053112     PG: 250   PS:71     Fed Filing Status:M
Check Date: 02/20/26
Pay Period / Freq: 02/16/26 - 02/22/26  - Weekly

### EARNINGS

| DESCRIPTION | THIS PAY PERIOD RATE | HRS/UNITS | AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|---|---|
| Regular-Union | 33.96000 | 8.00 | 271.68 | 849.00 |

### DEDUCTIONS

| DESCRIPTION | THIS PAY PERIOD AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|
| FICA Soc Sec Tax | 16.85 | 52.64 |
| Medicare Tax | 3.94 | 12.31 |
| PA-Tax | 8.34 | 26.06 |
| Dues %/Gr Wkg Assesm | 13.58 | 42.45 |
| PAC Rt/Hr PAL/Cope/ G/ | 0.40 | 1.25 |
| PA510101EIT-PHILADEI | 10.52 | 32.87 |

### THIS PAY PERIOD

| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 2/22/26 | 271.68 | 53.63 | 218.05 |

### YEAR TO DATE

| EARNINGS | DEDUCTIONS | NET PAY |
|---|---|---|
| 849.00 | 167.58 | 681.42 |

Case 25-12006-ABC · Doc 7 · Filed 06/13/26 · Entered 06/13/26 11:25:34 · Desc Main Document · Page 11 of 14

Direct Deposit Advice

## Allied Power Services, LLC
4171 Essen Ln, Suite 525   Baton Rouge, LA  70809      Tel (225) 412-6455

| Name / Address | Employee No | | PG: 250 | Check Route: | EXCAL00050 |
|---|---|---|---|---|---|
| Todd A. Brown Jr | | | PS: 1 | Ref Number: | 0311262501 |
| 7449 Ruskin Rd | 147738 | | | Deposit Date: | 3/11/26 |
| Philadelphia, PA 19151 | | | | Pay Period: | 03/02/26 - 03/08/26 |
| | | Fed Filing Status: M | | Pay Frequency: | Weekly |

| Earnings | | | | | | Deductions | | | |
|---|---|---|---|---|---|---|---|---|---|
| | This Pay Period | | | Year To Date | | | This Pay Period | Year To Date | |
| Description | Rate | Hrs/Units | Amount | Amount | | Description | Amount | Amount | |
| Regular-Union | 33.96000 | 40.00 | 1,358.40 | 4,924.20 | | FICA Soc Sec Tax | 235.82 | 772.73 | |
| OT 1.5 - Union | 50.94000 | 32.00 | 1,630.08 | 5,094.00 | | Medicare Tax | 55.15 | 180.72 | |
| OT 2.0 - Union | 67.92000 | 12.00 | 815.04 | 2,445.12 | | PA-Tax | 116.77 | 382.62 | |
| | | | | | | Dues %/Gr Wkg Assesmt | 190.18 | 623.17 | |
| | | | | | | PAC Rt/Hr PAL/Cope/ GAStE | 4.20 | 14.05 | |
| | | | | | | PA510101EIT-PHILADELPH | 147.23 | 482.45 | |

Important Messages:

| This Pay Period | | | | Year To Date | | |
|---|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | | Earnings | Deductions | Net Pay |
| 3,803.52 | 749.35 | 3,054.17 | | 12,463.32 | 2,455.74 | 10,007.58 |

EXCAL00050BROWN147738

| Date | Ref No. | Amount |
|---|---|---|
| 3/11/26 | 0311262501 | 3,054.17 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX4974 | XXXXXX4464 | C | 3,054.17 |
| | Total Current Net: | | 3,054.17 |

Todd A. Brown Jr
7449 Ruskin Rd
Philadelphia, PA  19151

CO      EMPLOYEE ID      000279:000279
PCSLEM 117255

WECTEC Staffing Services LLC
1000 Westinghouse Drive Suite 103
Cranberry Township, PA 16066
1-800-890-3600

Period Beg/End:     01/12/2026 - 01/18/2026
Advice Date:        01/22/2026
Advice Number:      0363200250
Batch Number:       000000011529

TODD JR BROWN
7449 RUSKIN RD
OVERBROOK HILLS PA   19151

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Hourly Pay | 40.00 | 40.00 | 1,600.00 | 1,920.00 |
| Overtime paid 1.5 | 60.00 | 8.00 | 480.00 | 480.00 |
| Per Diem Non-taxab | | | 1,068.00 | 1,246.00 |
| Out of Pocket Exp | | | 250.00 | 250.00 |
| Gross Pay | | | 3,398.00 | 3,896.00 |

| Tax Deductions: Federal | | |
|---|---|---|
| EE Social Security Tax | 128.96- | 148.80- |
| EE Medicare Tax | 30.16- | 34.80- |
| Tax Deductions: Pennsylvania | | |
| Withholding Tax | 63.86- | 73.68- |
| EE Unemployment Tax | 1.46- | 1.68- |
| Tax Deductions: Philadelphia | | |
| Withholding Tax | 77.79- | 89.76- |
| Tax Deductions: Sewickley Township | | |
| Local Services Tax | 1.00- | 2.00- |
| Total Net Pay | 3,094.77 | 3,545.28 |
| Total Work Hours for Pay Period | | 48.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 3,094.77 |

Your federal taxable wages     2,080.00
*Excluded from Federal Taxable Wages

© 1998, 2006, ADP, Inc.  All Rights Reserved.

© 2002 Automatic Data Processing (PCSUVO)

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

WECTEC Staffing Services LLC
1000 Westinghouse Drive, Suite 103
Cranberry Township, PA 16066

Advice Number:     0363200250
Advice Date:       01/22/2026

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Deposited to the account of | CHECKING XXXXXX6986 | 256074974 | 3094.77 |

TODD JR BROWN

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

CO      EMPLOYER ID    000282-000282
PCELEM 117255

WECTEC Staffing Services LLC
1000 Westinghouse Drive Suite 103
Cranberry Township, PA 16066
1-800-890-3600

| | |
|---|---|
| Page 001 of 001 | |
| Period Beg/End: | 01/26/2026 - 02/01/2026 |
| Advice Date: | 02/05/2026 |
| Advice Number: | 0366500270 |
| Batch Number: | 000000011597 |

TODD JR BROWN
7449 RUSKIN RD
OVERBROOK HILLS PA  19151

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Hourly Pay | 40.00 | 40.00 | 1,600.00 | 3,520.00 |
| Overtime paid 1. | | | | 480.00 |
| Per Diem Non-taxab | | | 890.00 | 2,136.00 |
| Out of Pocket Exp | | | 500.00 | 750.00 |
| Gross Pay | | | 2,990.00 | 6,886.00 |
| Tax Deductions: Federal | | | 99.20- | 248.00- |
| EE Social Security Tax | | | 23.20- | 58.00- |
| EE Medicare Tax | | | | |
| Tax Deductions: Pennsylvania | | | 49.12- | 122.80- |
| Withholding Tax | | | 1.12- | 2.80- |
| EE Unemployment Tax | | | | |
| Tax Deductions: Philadelphia | | | 59.84- | 149.60- |
| Withholding Tax | | | | |
| Tax Deductions: Sewickley Township | | | 1.00- | 3.00- |
| Local Services Tax | | | | |
| Total Net Pay | | | 2,756.52 | 6,301.80 |
| Total Work Hours for Pay Period | | | | 40.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 2,756.52 |

Your federal taxable wages          1,600.00
*Excluded from Federal Taxable Wages

© 1998, 2006, ADP, INC  All Rights Reserved.

TEAR HERE

© 2002 Automatic Data Processing (PCSUVO)

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

WECTEC Staffing Services LLC
1000 Westinghouse Drive, Suite 103
Cranberry Township, PA 16066

| | |
|---|---|
| Advice Number: | 0366500270 |
| Advice Date: | 02/05/2026 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| Deposited to the account of | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| TODD JR BROWN | CHECKING XXXXXX6986 | 256074974 | 2756.52 |

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.     HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

CO     EMPLOYER ID    005262-090040
PC61EM 117255

WECTEC Staffing Services LLC
1000 Westinghouse Drive Suite 103
Cranberry Township, PA 16066
1-800-890-3600

| | |
|---|---|
| Page 001 of 001 | |
| Period Beg/End: | 01/05/2026 - 01/11/2026 |
| Advice Date: | 01/15/2026 |
| Advice Number: | 0360650244 |
| Batch Number: | 000000011476 |

TODD JR BROWN
7449 RUSKIN RD
OVERBROOK HILLS PA   19151

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Hourly Pay | 40.00 | 8.00 | 320.00 | 320.00 |
| Per Diem Non-taxab | | | 178.00 | 178.00 |
| Gross Pay | | | 498.00 | 498.00 |
| Tax Deductions: Federal | | | 19.84- | 19.84- |
| EE Social Security Tax | | | 4.64- | 4.64- |
| EE Medicare Tax | | | | |
| Tax Deductions: Pennsylvania | | | 9.82- | 9.82- |
| Withholding Tax | | | 0.22- | 0.22- |
| EE Unemployment Tax | | | | |
| Tax Deductions: Philadelphia | | | 11.97- | 11.97- |
| Withholding Tax | | | | |
| Tax Deductions: Sewickley Township | | | 1.00- | 1.00- |
| Local Services Tax | | | | |
| Total Net Pay | | | 450.51 | 450.51 |
| Total Work Hours for Pay Period | | | 8.00 | |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 450.51 |

Your federal taxable wages          320.00
*Excluded from Federal Taxable Wages

© 1998, 2006, ADP, INC  All Rights Reserved.

© 2002 Automatic Data Processing (PCSUVO)

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

WECTEC Staffing Services LLC
1000 Westinghouse Drive, Suite 103
Cranberry Township, PA 16066

| | |
|---|---|
| Advice Number: | 0360650244 |
| Advice Date: | 01/15/2026 |

**Deposited to the account of**
TODD JR BROWN

| Account Number | Transit ABA | Amount |
|---|---|---|
| CHECKINGXXXXXX6986 | 256074974 | 450.51 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS ... ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT